**William H. WYTTENBACH,**
**Petitioner-Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.**

No. 06–60152.
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Aug. 31, 2006.

William H. Wyttenbach, pro se.

Robert R. Di Trolio, Donald L. Korb, Chief Counsel, Eileen J. O'Connor, Assistant Attorney General, Washington, DC, for Respondent-Appellee.

Before SMITH, WIENER, and OWEN, Circuit Judges.

## PER CURIAM: *

Although, if we had jurisdiction to entertain this appeal, we would summarily affirm the judgment of the United States Tax Court dismissing it, we do not have jurisdiction. Accordingly, for lack of jurisdiction, this appeal is DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.